[No. 32320-0-III.   Division Three.   March 24, 2015.]

*In the Matter of the Dependency of* O.R.L.

The opinion in the above captioned case, which appeared in the advance sheets at 186 Wn. App. 682-94, will not be published in the permanent bound volume pursuant to an order of the Court of Appeals dated December 8, 2015 withdrawing the opinion and substituting a new opinion. See 191 Wn. App. 589.